UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID DESHAWN DEARY-SMITH,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN,<br><br>Respondent. | No. 2:20-cv-00572 KJM GGH P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file an amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 8) is granted; and

2. Petitioner shall file an amended petition by and including May 15, 2020.

Dated: May 18, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE