IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RASHID DESHAWN DEARY-SMITH,<br><br>　　　　　　Defendant. | Case №: 2:20-cv-00572-KJM-GGH<br><br>**O R D E R<br>APPOINTING COUNSEL** |

　　　The court ordered the Federal Defender appointed to represent Petitioner for the limited purpose of filing a Second Amended Petition within 60 days. The Federal Defender needs to panel the case due to workload. CJA Panel attorney Tony F. Farmani is hereby appointed to the same limited appointment effective August 14, 2020, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  8/21/2020

　　　　　　　　　　　　　　　　　　　　　　 /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge