UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID DESHAWN DEARY-SMITH,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN,<br><br>Respondent. | No. 2:20-cv-00572 KJM GGH P<br><br><br><br>ORDER |

Petitioner has filed a motion for a certificate of appealability. ECF No. 18. However, petitioner is not seeking to appeal to the circuit court a final decision by this district court on a writ of habeas corpus. Instead, petitioner is requesting this court to "order the Court of Appeal Third Appellate District Court to file and/or [e]ntertain petitioner['s] Petition for Rehearing in Case No. 11F04334." ECF No. 18 at 3-4 (internal citations omitted). Such relief is not available in a certificate of appealability pursuant to 28 U.S.C. § 2253(c). See also Fed. R. App. P. 22(b). Accordingly, petitioner's motion for a certificate of appealability (ECF No. 18) is denied.

IT IS SO ORDERED.

Dated: December 7, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1