UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RASHID DESHAWN DEARY-SMITH,

Petitioner,

v.

THERESA CISNEROS, Warden,

Respondent.

No.  2:20-cv-00572 KJM GGH P

ORDER

Pursuant to the status conference proceedings held on April 19, 2020, petitioner is directed to obtain records necessary to litigate petitioner's claims, if possible, and file a status report, or Second Amended Petition, with the court within thirty days from the date of this order.

IT IS SO ORDERED.

Dated: April 20, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1