UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID D. DEARY-SMITH,<br><br>Petitioner,<br><br>v.<br><br>THERESA CISNEROS, Acting Warden,<br><br>Respondent. | No.  2:20-cv-00572 KJM GGH P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 4, 2021, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 28. Petitioner has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2021, are adopted in full;

2. Petitioner's request for a stay (ECF No. 27) is GRANTED; and

3. This action is STAYED for one year. Petitioner will be required to submit status reports at the 6 month and one-year mark, or immediately upon the final adjudication of the current state court proceedings, whichever is earlier.

DATED: August 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE