UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID DESHAWN DEARY-SMITH, | No. 2:20-cv-00572-KJM-AC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| STUART SHERMAN, | |
| Defendant. | |

On August 6, 2021, this court stayed this action pending resolution of state court proceedings that had the possibility of mooting this action. *See* Prior Order, ECF No. 29. On August 29, 2023, the court ordered petitioner to submit a Status Report within six months, or upon the final adjudication of his state court proceedings, whichever is earlier. Minute Order, ECF No. 37. On September 29, 2023, petitioner filed a Status Report informing the court the state court granted his petition for resentencing and vacated his attempted murder and use of firearm convictions. *See* Status Report at 1-2, ECF No. 38. Moreover, petitioner was sentenced to time served and appears to have been released. *See id.* at 2.

The state court's ruling appears to render this action moot. *See* Farmani Decl. ¶ 29, ECF No. 27. Petitioner is ordered to show cause within 14 days from the filing date of this order as to why the court should not close the case.

///

1     IT IS SO ORDERED.

2  DATED: October 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE