UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID DESHAWN DEARY-SMITH, | No. 2:20-cv-0572 KJM AC |
| Petitioner, | |
| v. | ORDER |
| ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA, | |
| Respondent.[1] | |

Petitioner has filed a request for extension of time to file a Second Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 45) is granted.

2. Petitioner shall file his amended petition by February 7, 2024.[2]

---

[1] The court grants petitioner's request to substitute the respondent in this case to reflect petitioner's release from incarceration. See ECF No. 45 at 1 n. 1. Since it remains unclear if petitioner is on probation or parole due to the state court judgment he is attacking, the particular probation or parole officer responsible for supervising petitioner cannot be named as respondent at this juncture. See Rule 2(b) of the Rules Governing Section 2254 Cases (1976 Advisory Notes). However, the California Attorney General may file a motion to substitute a party once the current custodian of petitioner is determined. Id.

[2] In the event that petitioner's counsel is unable to obtain the necessary state court records to properly assess what claims to raise in an amended § 2254 petition prior to the deadline, he may file an appropriate motion for production or access to the necessary state court records before February 7, 2024.

3. The Clerk of Court is directed to update the docket to substitute Rob Bonta, the Attorney General of California, as respondent in this matter.

DATED: January 8, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE